UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br><br>Plaintiff,<br><br>v.<br><br>GLADDEN BRUCE, et al.,<br><br>Defendants. | No. 1:24-cv-01433-KES-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE RE: STATUTE OF LIMITATIONS<br><br>(ECF No. 25) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on December 19, 2023, in the United States District Court for the Eastern District of California, Sacramento Division. On November 22, 2024, the action was transferred to the Fresno Division, based on the allegations raised in the first amended complaint.

On February 4, 2025, the Court issued an order for Plaintiff to show cause why his claims arising at Kern Valley State Prison should not be dismissed as barred by the applicable statute of limitations. (ECF No. 25.)

Plaintiff filed three separate responses on February 24, 2025, March 1, 2025, and March 14, 2025. (ECF Nos. 27, 28, 29.)

1

Based on Plaintiff's responses to the order to show cause, the Court finds that it cannot resolve the statute of limitations based on the face of the complaint. Accordingly, the Court will not address the time-bar issue at this point in the proceedings and the order to show cause will be discharged. However, the Court may revisit the statute of limitations if raised as a defense in the future by any Defendant upon service of the operative pleading. Plaintiff is advised that the Court will screen the merits of his first amended complaint (ECF No. 20) in due course. 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:  **March 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2