UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS, | No. 1:24-cv-01433-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE ACTION PROCEED ON THE COGNIZABLE CLAIM |
| v. | |
| GLADDEN BRUCE, et al., | |
| Defendants. | Doc. 35 |

Benjamin Robert Gallegos seeks to hold the defendants liable for violations of his rights pursuant to 42 U.S.C. § 1983.  On February 11, 2026, the magistrate judge screened Plaintiff's third amended complaint ("TAC") and found Gallegos stated a cognizable claim for excessive force in violation of the Eighth Amendment against defendants R. Reynaga and M. Rivera.  The magistrate judge found the other claims are not cognizable, and recommended the action proceed only on the cognizable claim.  Doc. 35.

Gallegos filed untimely objections to the findings and recommendations on March 12, 2026.  Doc. 36.  Although untimely, the Court has reviewed and considered the objections.  Gallegos does not identify allegations in the TAC that show he states any other cognizable claim.  Gallegos also does not demonstrate any legal error in the analysis by the magistrate judge.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed the case de novo.  Having carefully reviewed the entire matter, including the objections, the Court concludes the findings

1

and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.  The findings and recommendations issued February 11, 2026 (Doc. 35) are ADOPTED in full.

2.  This action SHALL proceed only on Plaintiff's excessive force claim against defendants R. Reynaga and M. Rivera, as alleged in the third amended complaint.

3.  All other claims and defendants are DISMISSED from the action.

4.  This matter is referred to the magistrate judge for further proceedings.


IT IS SO ORDERED.

Dated:   June 11, 2026

_____
UNITED STATES DISTRICT JUDGE

2