UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br>Plaintiff,<br>v.<br>GLADDEN BRUCE, et al.,<br>Defendants. | No. 1:24-cv-01433-KES-SAB (PC)<br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OPT OUT OF POST-SCREENING EARLY ADR<br>(ECF No. 44) |

Currently before the Court is Defendants' motion for an extension of time to opt into or out of a settlement conference. (ECF No. 44.) For good cause shown, the Court HEREBY grants the extension and ORDERS that Defendants shall have up to and including **November 7, 2026** to opt into or out of participating in a settlement conference.

IT IS SO ORDERED.

Dated: **October 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge